# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2450 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 162 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 14245 |
| | : | |
| FRANCHOT A.S. GOLUB, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 24ᵗʰ day of April, 2018, upon consideration of the Report and Recommendations of the Disciplinary Board, Franchot A.S. Golub is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).